IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SCHAEFER, and RANDALL D. MUHM, | ) ) ) | |
| Plaintiffs, | ) ) | 4:11CV3039 |
| v. | ) ) | |
| SHERIFF JOE YOCUM, in his individual capacity and his official capacity as SHERIFF OF SEWARD COUNTY, NEBRASKA, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Based on the parties' Rule 26(f) Report, the defendant intends to move for summary judgment on his good faith immunity defense; the plaintiff requests discovery to prepare for that anticipated motion; and the defendant opposes plaintiff's request to initiate discovery.

After conferring with the parties, and with their agreement,

IT IS ORDERED:

1) The plaintiff's anticipated motion for discovery regarding the good faith immunity defense shall be filed on or before July 30, 2011.

2) The defendant's response shall be filed on or before August 10, 2011.

3) Any reply thereto shall be filed on or before August 17, 2011.

DATED this 7th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge